4 A.3d 608

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michelle Necole GRIFFITH, Respondent.**

Supreme Court of Pennsylvania.

Sept. 14, 2010.

## ORDER

PER CURIAM.

AND NOW, this 14th day of September, 2010, the Petition for Allowance of Appeal is GRANTED. The issue, rephrased for clarity, is

Whether expert testimony is required to prove that the amount of a controlled substance found in a defendant's blood or urine caused the driving impairment charged under 75 Pa.C.S. § 3802(d).